IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY WAYNE STEWART, SR.
ADC #104406                                                              PETITIONER

v.                              No. 5:15-cv-158-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

A clarification: The Court appointed counsel because the interests of justice require it and Stewart is financially eligible. 18 U.S.C. § 3006A(a)(2)(B). Byrd's appointment is therefore under this District's Criminal Justice Act Plan rather than LOCAL RULE 83.7.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2016